IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD LANE ANSON,

        Petitioner,

v.

MR. PREMO, Superintendent,
Oregon State Penitentiary,

        Respondent.

Case No. 6:14-cv-01357-BR

ORDER

BROWN, Judge.

    The Court GRANTS Petitioner's Motion for Voluntary Dismissal (#21).

    IT IS SO ORDERED.

    DATED this 7th day of April, 2015.

                                      ANNA J. BROWN
                                      United States District Judge

1 - ORDER -